NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000666
21-MAY-2021
08:12 AM
Dkt. 53 OAWST

NO. CAAP-20-0000666

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


ROBERT A. HOLBRON and GERMAINE BUSH, Plaintiffs-Appellants, v.
MAX N. OTANI, in his official capacity as
Director of the Hawai‘i Department of Public Safety;
THE HAWAI‘I DEPARTMENT OF PUBLIC SAFETY; SCOTT HARRINGTON;
DOES 1-25, Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161000692)


ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Leonard and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed May 13, 2021, by Plaintiff-Appellant Class and Representative Plaintiff-Appellant Robert A. Holbron, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai‘i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawai‘i, May 21, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Karen T. Nakasone
Associate Judge